UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITE ROCK INSURANCE (SAC) LTD., | Civil Action. No. 23-cv-07065 (PAE) |
| Petitioner, | |
| v. | **ORDER** |
| VESTTOO LTD., | |
| Respondents. | |

It is hereby ORDERED, that the caption of the above filed action shall be corrected to include as respondents the following entities: Vesttoo Ltd., Vesttoo Bay XIV, LP., Vesttoo Bay XV, LP., Vesttoo Bay XVII, LP., Vesttoo Bay XIX, LP., Vesttoo Bay XX, LP., Vesttoo Bay XXI, LP., Vesttoo Bay XXII, LP., Vesttoo Bay XXIV, LP., Vesttoo Bay XXV, LP., Vesttoo Bay 101, LP., Vesttoo Bay 102, LP., Vesttoo Partners 103, LP., Vesttoo Asset Management LLC, Vesttoo Reinsurance Intermediary Services Inc., Vesttoo RT SPV LLC, Vesttoo Securities (USA) LLC, Vesttoo SPV Holdings LLC, Vesttoo US Inc., and Vesttoo Reinsurance Intermediary Services Inc., as such

It is FURTHER ORDERED that absent amendment or further order of the Court, the caption for this action shall be:

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITE ROCK INSURANCE (SAC) LTD.,<br><br>Petitioner,<br><br>v.<br><br>VESTTOO LTD., VESTTOO BAY XIV, LP., VESTTOO BAY XV, LP., VESTTOO BAY XVII, LP., VESTTOO BAY XIX, LP., VESTTOO BAY XX, LP., VESTTOO BAY XXI, LP., VESTTOO BAY XXII, LP., VESTTOO BAY XXIV, LP., VESTTOO BAY XXV, LP., VESTTOO BAY 101, LP., VESTTOO BAY 102, LP., VESTTOO PARTNERS 103, LP., VESTTOO ASSET MANAGEMENT LLC, VESTTOO REINSURANCE INTERMEDIARY SERVICES INC., VESTTOO RT SPV LLC, VESTTOO SECURITIES (USA) LLC, VESTTOO SPV HOLDINGS LLC, VESTTOO US INC., AND VESTTOO REINSURANCE INTERMEDIARY SERVICES INC.,<br><br>Respondents. | Civil Action. No. 23-cv-07065 (PAE) |

and; it is

FURTHER ORDERED that the Clerk of Court shall re-add the above referenced entities as parties listed as the Vesttoo Subsidiaries in Exhibit 1 to the Petition (Doc. Nos. 1 and 1-1) to this action and issue the summonses that were previously requested (Doc. Nos. 8-26).

SO ORDERED.

Dated: New York, New York
       August 13, 2023

*Paul A. Engelmayer*

United States District Judge