UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WHITE ROCK INSURANCE (SAC) LTD.,

                                        Petitioner,

                    -v-

VESTTOO LTD. ET AL.,

                                        Respondents.

---

23 Civ. 7065 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 15, 2023, the Court held a scheduled show-cause hearing as to whether preliminary relief in aid of foreign arbitration is warranted. At the hearing, counsel for respondents reported that all respondent entities have filed for bankruptcy.

Accordingly, the Court vacates the temporary restraining order entered on August 10, 2023, *see* Dkt. 27, and places this case on its suspense docket. The Court shall retain jurisdiction over the case in the event that any respondent entity emerges from bankruptcy and petitioner renews its application for preliminary relief.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 15, 2023
       New York, New York